FILED'09 MAR 24 1152USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KIMBERLY A. McCORDUCK,

        Plaintiff,                Civ. No. 08-6022-CL

v.                                **ORDER**

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

        Defendant.

**PANNER, District Judge:**

Magistrate Judge Mark D. Clarke filed Findings and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been timely filed, this court reviews legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983). I find no error. Accordingly, I ADOPT the Findings and Recommendation of Magistrate Judge Clarke.

**CONCLUSION**

Magistrate Judge Clarke's Findings and Recommendation (#18) is adopted. The decision of the Commissioner is reversed and the

matter is remanded for immediate calculation and award of benefits.

    IT IS SO ORDERED.

    DATED this 24 day of March, 2009.

                        */s/ Owen M. Panner*

                        OWEN M. PANNER
                        U.S. DISTRICT JUDGE

2 - ORDER